## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ROBERT EUGENE JOHNSON**                                                                    **PLAINTIFF**
**ADC #78181**

v.                         Case No. 5:12-cv-00370-KGB-JTR

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                        **DEFENDANT**

## ORDER

Before the Court is plaintiff Robert Eugene Johnson's appeal of the magistrate judge's order denying his motion for stay and appointment of counsel to the district judge (Dkt. No. 19). The Court construes Mr. Johnson's filing as a motion for reconsideration. Under 28 U.S.C. § 636(b)(1)(A), a district court may reconsider a magistrate judge's order on non-dispositive pretrial matters where it has been shown clearly erroneous or contrary to law. *Ferguson v. United States*, 484 F.3d 1068, 1076 (8th Cir. 2007). Nothing in the magistrate judge's order denying Mr. Johnson's motion for stay and appointment of counsel is clearly erroneous or contrary to law. Accordingly, Mr. Johnson's motion for reconsideration is denied.

SO ORDERED this the 24th day of April, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE