# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ROBERT EUGENE JOHNSON**  **PETITIONER**
**ADC #78181**

v.   Case No. 5:12-cv-00370-KGB-JTR

**RAY HOBBS, Director,**
**Arkansas Department of Correction**  **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this habeas action is dismissed without prejudice. A certificate of appealability is denied pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

SO ADJUDGED this the 7th day of April, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE